IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL of CARPENTERS PENSION FUND, et al., Plaintiffs, | ) | Case No. 20-cv-01578 |
| v. | ) | Mag. Judge Young B. Kim |
| GLOBAL CONCRETE CORP., Defendant. | ) | |

# Motion for Entry of Consent Judgment

The parties, by their attorneys and being in agreement, move this Court for an entry of a judgment order and in support state:

1. The parties have reached a settlement that resolves all issues in this case in which the Defendant has agreed to enter into a consent judgment.

2. Accordingly, the parties request that a final judgment be entered in favor of the Plaintiffs and against the Defendant, Global Concrete Corp. in the sum of $111,594.50.

Respectively submitted,

s/ Daniel P. McAnally

*Attorney for Plaintiffs*

Daniel P. McAnally
McGann, Ketterman & Rioux
111 E. Wacker Drive - Suite 2300
Chicago, IL 60601
(312) 251-9700
dmcanally@mkrlaborlaw.com